Case 5:23-cv-00045   Document 16   Filed on 07/20/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **KRISTAL QUE LANSFORD,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:23-CV-00045 |
| | § | |
| **LAREDO COLLEGE,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending is the Magistrate Judge's Report and Recommendation (Dkt. 4) recommending that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Motion to Proceed In Forma Pauperis") (Dkt. 2) be denied because Plaintiff's financial status allows her to pay the filing fee to commence this action without undue hardship. Plaintiff has been duly noticed regarding the filing of objections (Dkt. 4 at 5), and the applicable 14-day timeframe for filing of objections has now lapsed. Noting that no objections have been filed,[1] and having now reviewed the matters as provided by 28 U.S.C. § 636, the Court finds that the Report and Recommendation should be ACCEPTED. Plaintiff's Motion to Proceed In Forma Pauperis is hereby DENIED. Plaintiff will be given sixty (60) days to pay all of the costs associated with the filing of this lawsuit. Plaintiff is warned that failure to timely pay all of the costs associated with filing this lawsuit may lead to this action being dismissed without prejudice and without further notice.

---

[1] The Court notes that after the expiration of the 14-day objection window, Plaintiff filed a second motion to proceed *in forma pauperis*. *See* (Dkt. 11.) However, the Court declines to construe this second filing as an objection to the Magistrate Judge's Report and Recommendation (Dkt. 4).

IT IS SO ORDERED.

SIGNED this July 20, 2023.

_____
Diana Saldaña
United States District Judge