United States District Court
Southern District of Texas
**ENTERED**
March 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **KRISTAL QUE LANSFORD,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:23-CV-00045 |
| | § | |
| **LAREDO COLLEGE,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order & Memorandum signed on March 26, 2024, it is hereby ORDERED that:

(1) Defendants Laredo College's, Rodriguez-Tijerina's, and Leven-Ramos's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) (Dkt. 8) is GRANTED.

(2) Defendant Meurer's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) (Dkt. 19) is GRANTED.

(3) Plaintiff Kristal Que Lansford's ("Plaintiff") Complaint is DISMISSED.

   a. Plaintiff's claims against Defendants A-Z are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m). *See Lozano v. Bosdet*, 693 F.3d 485, 487 (5th Cir. 2012).

   b. Plaintiff's claims under state tort laws are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 12(b)(1). *See Carver v. Atwood*, 18 F.4th 494, 498 (5th Cir. 2021).

  c. Plaintiff's claims Twenty-Two through Twenty-Seven are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 12(b)(6).

  d. Plaintiff's claims under Title VI, Title VII, Title IX, and Title 42 U.S.C. §§ 1981, 1983, 1985, and 1986, are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 12(b)(6).

(4) This case is DISMISSED in its entirety.

THIS IS A FINAL JUDGMENT.

SIGNED this March 26, 2024.

*[signature]*

Diana Saldaña
United States District Judge